# Court of Appeals
# of the State of Georgia

ATLANTA,  October 18, 2012

*The Court of Appeals hereby passes the following order:*

## A12A2536.  DON ROBERT FAIRCLOTH v. THE STATE.

Don Faircloth, defendant in this criminal case, has filed a pro se notice of appeal seeking review of two orders: a May 16, 2012 order dismissing his pro se motion for new trial, and a July 2, 2012 order dismissing his pro se motion for appointment of counsel.  In both of these orders, the trial court stated that because Faircloth is represented by counsel, he therefore does not have the right to represent himself.  Faircloth's notice of appeal does not give rise to a valid appeal.

It appears that Faircloth is, indeed, currently represented by counsel, and a criminal defendant does not have the right to represent himself while also being represented by an attorney.  See *Pless v. State*, 255 Ga. App. 95 (564 SE2d 508) (2002).  Faircloth's pro se notice of appeal is, therefore, a nullity.  See id.  "The proper and timely filing of the notice of appeal is an absolute requirement to confer jurisdiction upon the appellate court." *Rowland v. State*, 264 Ga. 872 (1) (452 SE2d 756) (1995).  Because no valid notice of appeal has been filed, this Court is without jurisdiction to consider this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
 Clerk's Office, Atlanta, 10/18/2012
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*